IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:12-cr-03091-MDH-1 |
| ) | |
| KENNETH GAYLORD STOKES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is defendant's Motion to Dismiss the Indictment and Superseding Indictment for improper venue. (Doc. No. 28) Pursuant to Local Rule 72.1 the case was referred to United States Magistrate Judge for resolution of pretrial matters pursuant to 28 U.S.C. § 636(b).

The Magistrate Judge has completed his preliminary review of the Motion to Dismiss and has submitted a Report and Recommendation. (Doc. No. 40). Defendant has filed Objections to the Magistrate's Report and Recommendation. (Doc. No. 43).

After an independent review of the Motion to Dismiss, responses and replies to the same, the Court finds that venue is proper in this Court on all counts of the superseding indictment.

It is **THEREFORE ORDERED** that the report and recommendation of the United States Magistrate Judge are **ADOPTED**.

It is **FURTHER ORDERED** that defendant's Motion to Dismiss the Indictment and Superseding Indictment for improper venue (Doc. No. 28) is **DENIED**.

1

**IT IS SO ORDERED.**

DATED: June 26, 2014

                                                   */s/ Douglas Harpool*
                                                   **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**